Dear Mr. Acosta:

Oct. 21, 2015

PD-0851-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

## MOTION FOR AN EXTENSION OF TIME TO FILE A DISCRETIONARY REVIEW

There has been only one extension of time granted in this case: TR. CT. NO. 1679, COA CASE NO. 04-14-00382CR. Last extension expired on Tuesday, September 8, 2015, which was a holiday. For the following two (2) weeks we were on lockdown and unable to attend sessions at the Law Library.

Appellant requests an extension of 60 days from the date this letter is received at the Court of Criminal Appeals which will be around Dec. 20, 2015.

Appellant prays that said Court grant this extension.

FILED IN
COURT OF CRIMINAL APPEALS

OCT 29 2015

Abel Acosta, Clerk

Rene Escalante
TDCJ # 1939938

ESCALANTE #1939938

Rene NJ

1536 IH-10 EAST

FT. STOCKTON, TX 79735

787118 2308

ᵃ LEGAL ᶜ

MIDLAND / ODESSA
TX 797 1 T
23 OCT 2015 PM

ABEL ACOSTA / CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308 - CAPITOL STATION
AUSTIN, TEXAS 78711

FOREVER USA